

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00297-CV

| | | |
|---|---|---|
| Tetra Tech, Inc. | § | From the 96th District Court |
| | § | of Tarrant County (096-275702-14) |
| v. | § | June 16, 2016 |
| | § | Opinion by Justice Sudderth |
| NSAA Investments Group, LLC | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Tetra Tech, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
        Justice Bonnie Sudderth